IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Love, Phyllis

Printed: 10/29/08

Case Number: 08 B 03275
Judge: Hollis, Pamela S
Filed: 2/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 8, 2008
Confirmed: April 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,129.23 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,925.08 |
| Trustee Fee: |  | 204.15 |
| Other Funds: |  | 0.00 |
| Totals: | 3,129.23 | 3,129.23 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,497.00 | 2,925.08 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 5,140.40 | 0.00 |
| 4. | Creditors Collection Bur | Unsecured | 1,274.67 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 456.55 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 4,708.71 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 9,038.52 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 1,277.56 | 0.00 |
| 9. | Resurgence Financial LLC | Unsecured | 2,762.17 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,566.95 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 129.97 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 565.14 | 0.00 |
| 13. | American Debt Collection | Unsecured |  | No Claim Filed |
| 14. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 15. | CB Accounts | Unsecured |  | No Claim Filed |
| 16. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 17. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 19. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 20. | Harris & Harris | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,417.64 | $ 2,925.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Love, Phyllis

Printed: 10/29/08

Case Number:  08 B 03275
Judge:  Hollis, Pamela S
Filed:  2/13/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 155.27 |
| 6.6% | 48.88 |
| | $ 204.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

